```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 30537
   DUANE MICHAEL EGGERSTEDT
   MARY MARGARET EGGERSTEDT                CHAPTER 13

                                           JUDGE:
             Debtor
   SSN XXX-XX-2463    SSN XXX-XX-7969

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/10/08 .

   2.  The case was dismissed without confirmation, 12/04/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------

       Summary of disbursements:
------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00          .00          .00
PRINCIPAL PAID          .00         .00          .00          .00          .00
INTEREST PAID           .00         .00          .00          .00          .00
TOTAL PAID              .00         .00          .00          .00          .00
The Debtor's attorney,                              , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




     Dated: 03/13/09              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 30537 DUANE MICHAEL EGGERSTEDT & MARY MARGARET EGGERSTED
```